DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cr-00064-RLH-GWF |
| PLAINTIFF, | MOTION TO DISMISS COUNT EIGHT OF THE SUPERSEDING INDICTMENT RETURNED FEBRUARY 16, 2011, AS TO DEFENDANT MELISSA BEECROFT |
| VS. | |
| MELISSA R. BEECROFT, | |
| DEFENDANT. | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Brian Pugh, Assistant United States Attorney, moves to dismiss Count Eight of the Superseding Indictment returned February 16, 2011, but only as to defendant Melissa Beecroft.

Respectfully submitted this 11th day of October 2011.

DANIEL G. BOGDEN
United States Attorney

/s/ Brian Pugh
_____
BRIAN PUGH
Assistant United States Attorney

IT IS SO ORDERED.
Dated: October 14, 2011.
_____
U.S. DISTRICT JUDGE