```
 1                     UNITED STATES DISTRICT COURT
 2                           DISTRICT OF NEVADA
 3
 4  UNITED STATES OF AMERICA,      )
                                   )
 5     Plaintiff(s),               )
                                   )
 6  vs.                            )         2:08-cr-64-RLH-GWF
                                   )
 7                                 )
    Steven Grimm, *et al.*,        )
 8                                 )
       Defendant(s).               )
 9  _____ )
```

    This Court has deemed it appropriate to adjust its standard trial schedule in order to accommodate the changed circumstances of a juror in this matter. In shortening the trial day, it is necessary that the lunch break be omitted.

    ACCORDINGLY, IT IS HEREBY ORDERED the impaneled jury shall be provided fruit and deli trays daily from Monday, November 21, 2011 until such time as the jury is released from service.

    IT IS FURTHER ORDERED all food items furnished daily for said jury and attendants shall be paid by the Clerk of Court.

DATED: November 21, 2011

                                                   _____
                                                   ROGER L. HUNT
                                                   UNITED STATES DISTRICT JUDGE