# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
   v.                             )   2:08-CR-0064-RLH (GWF)
                                  )
MELISSA R. BEECROFT,              )
                                  )
            Defendant.            )

## ORDER OF FORFEITURE

On December 15, 2011, defendant MELISSA R. BEECROFT was found guilty by a jury of Counts One, Ten, Eleven, Thirteen and Fourteen with Mail Fraud, Wire Fraud, and Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349. Docket #363.

This Court finds that MELISSA R. BEECROFT shall pay a criminal forfeiture money judgment of the following:

| | | |
|---|---|---|
| Count One | Forfeiture Allegations One and Two | $107,000,000.00 in United States Currency |
| Count Ten | Forfeiture Allegations Nineteen and Twenty | $330,000.00 in United States Currency |
| Count Eleven | Forfeiture Allegations Twenty-One and Twenty-Two | $305,000.00 in United States Currency |
| Count Thirteen | Forfeiture Allegations Twenty-Five and Twenty-Six | $325,000.00 in United States Currency |
| Count Fourteen | Forfeiture Allegations Twenty-Seven and Twenty-Eight | $460,000.00 in United States Currency |

. . .

the United States of America, pursuant to Title 18, United States Code, Sections 1341, 1343, 1344, and 1349; Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MELISSA R. BEECROFT a criminal forfeiture money judgment in the amount of:

| | | |
|---|---|---|
| Count One | $107,000,000.00 | in United States Currency |
| Count Ten | $330,000.00 | in United States Currency |
| Count Eleven | $305,000.00 | in United States Currency |
| Count Thirteen | $325,000.00 | in United States Currency |
| Count Fourteen | $460,000.00 | in United States Currency |

DATED this 7th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE