**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:08-CR-0064-RLH (GWF) |
| EVE E. MAZZARELLA, | ) ) | |
| Defendant. | ) ) | |

**ORDER OF FORFEITURE**

On December 15, 2011, defendant EVE E. MAZZARELLA was found guilty by a jury of Counts One through Nine and Eleven through Thirteen with Mail Fraud; Wire Fraud; Bank Fraud; and Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349. Docket #363.

This Court finds that EVE E. MAZZARELLA shall pay a criminal forfeiture money judgment of the following:

| | | |
|---|---|---|
| Count One | Forfeiture Allegations One and Two | $107,000,000.00 in United States Currency |
| Count Two | Forfeiture Allegations Three and Four | $590,000.00 in United States Currency |
| Count Three | Forfeiture Allegations Five and Six | $268,000.00 in United States Currency |
| Count Four | Forfeiture Allegations Seven and Eight | $510,000.00 in United States Currency |

| | | |
|---|---|---|
| Count Five | Forfeiture Allegations Nine and Ten | $485,000.00 in United States Currency |
| Count Six | Forfeiture Allegations Eleven and Twelve | $520,000.00 in United States Currency |
| Count Seven | Forfeiture Allegations Thirteen and Fourteen | $295,000.00 in United States Currency |
| Count Eight | Forfeiture Allegations Fifteen and Sixteen | $319,900.00 in United States Currency |
| Count Nine | Forfeiture Allegations Seventeen and Eighteen | $419,000.00 in United States Currency |
| Count Eleven | Forfeiture Allegations Twenty-One and Twenty-Two | $305,000.00 in United States Currency |
| Count Twelve | Forfeiture Allegations Twenty-Three and Twenty-Four | $315,000.00 in United States Currency |
| Count Thirteen | Forfeiture Allegations Twenty-Five and Twenty-Six | $325,000.00 in United States Currency |

to the United States of America, pursuant to Title 18, United States Code, Sections 1341, 1343, 1344, and 1349; Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from EVE E. MAZZARELLA a criminal forfeiture money judgment in the amount of:

| | |
|---|---|
| Count One | $107,000,000.00 in United States Currency |
| Count Two | $590,000.00 in United States Currency |
| Count Three | $268,000.00 in United States Currency |
| Count Four | $510,000.00 in United States Currency |
| Count Five | $485,000.00 in United States Currency |
| Count Six | $520,000.00 in United States Currency |
| Count Seven | $295,000.00 in United States Currency |

| | | |
|---|---|---|
| Count Eight | $319,900.00 in United States Currency |
| Count Nine | $419,000.00 in United States Currency |
| Count Eleven | $305,000.00 in United States Currency |
| Count Twelve | $315,000.00 in United States Currency |
| Count Thirteen | $325,000.00 in United States Currency |

DATED this __7th__ day of _____February_____, 2012.

_____
UNITED STATES DISTRICT JUDGE