RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ALINA M. SHELL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Counsel for STEVEN GRIMM

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cr-00064-RLH-GWF |
| Plaintiff, | **UNOPPOSED MOTION FOR ADDITIONAL TIME TO REPLY TO THE GOVERNMENT'S RESPONSE TO DEFENDANT GRIMM'S MOTION FOR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE** |
| vs. | |
| STEVEN GRIMM, *et al.*, | |
| Defendants. | |

**Certification**: This Motion is timely filed

       Steven Grimm, by and through his counsel of record, Alina M. Shell, Assistant Federal Public Defender, and Eve Mazzarella by and through her counsel of record, Mark Allenbaugh, move this Court for additional time to Reply to the Government's Response to Defendant's Motion for New Trial.

       DATED this 5th  day of July, 2013.


*/s/ Alina M.  Shell*                                  */s/ Mark Allenbaugh*
ALINA M. SHELL                                    MARK ALLENBAUGH
Assistant Federal Public Defender          Counsel for Defendant Mazzarella
Counsel for Defendant Grimm

1

## MEMORANDUM OF POINTS AND AUTHORITIES

On May 22, 2013 Defendant Grimm filed a Motion for New Trial Based on Newly Discovered Evidence (*Brady* Material) and for Discovery (CR 525). On May 25, 2013 Defendant Mazzarella also filed a Motion for New Trial Based on Newly Discovered Evidence (*Brady* Material) and for Discovery (CR 528).

On June 4, 2013 the Government filed a Motion to Extend Time to Respond (CR 529). On June 5, 2013 the Court granted the extension to July 5, 2013 (CR 530). On July 2, 2013 the Government filed its Response to Defendant Grimm's Motion for New Trial Based on Newly Discovered Evidence (*Brady* Material) and for Discovery (CR 533). The Defendant's Reply to the Response is due on July 8, 2013.

Counsel for Grimm has Oral Argument in front of the Ninth Circuit on July 10, 2013, for which she has been diligently preparing. She also is scheduled to travel to Northern California on July 15, 2013, to meet with a client at FCI Mendota. Due to these facts, counsel requires additional time to review the Government's Response, and to prepare and file a Reply.

Therefore, counsel requests an extension until July 22, 2013 to file it's Reply.

DATED this 5th day of July, 2013.

RENE L. VALLADARES
Federal Public Defender

*/s/ Alina M. Shell*
By_____
ALINA M. SHELL,
Assistant Federal Public Defender

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 8, 2013

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Law offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 5, 2013, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT GRIMM'S MOTION FOR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE (*BRADY* MATERIAL) AND FOR DISCOVERY (Evidentiary Hearing Requested)** by electronic service (ECF) to the person named below:

DANIEL BOGDEN
United States Attorney
333 Las Vegas Blvd. South, # 5000
Las Vegas, Nevada 89101


　　　　　　　　　　　　*/s/ Karen Brokaw*
　　　　　　　　　　　　Employee of the Federal Public Defender