# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVE E. MAZZARELLA, *et al.*,<br><br>Defendants. | 2:08-cr-00064-RLH-GWF<br><br>**ORDER ON MOTION FOR IMMEDIATE RELEASE PENDING HEARING ON APPROPRIATE CONDITIONS** |

Upon consideration of the Motion of Defendant Eve Mazzarella for Immediate Release Pending Hearing on Appropriate Conditions, the February 27, 2014 Order of the United States Court of Appeals for the Ninth Circuit granting defendant Eve Mazzarella's motion for release pending appeal, and the entire record in this case, it is hereby

ORDERED that Ms. Mazzarella's motion is granted; and it is further

ORDERED that the Bureau of Prisons shall release Ms. Mazzarella from its custody immediately; and it is further

ORDERED that the parties shall attend a hearing to be held on March 18, 2014 at 11:00 a.m. in Courtroom 6C, Lloyd D. George U.S. Courthouse, Las Vegas, NV, so the the terms and conditions of release can be determined; and it is further

ORDERED that until the hearing Ms Mazarella shall reside with her father in San Diego, CA. and shall remain on the conditions of release that existed immediately before her surrender to the Bureau of Prisons in June 2012.

IT IS SO ORDERED.

DATED: March 5, 2014.

_____
ROGER L. HUNT
**United States District Judge**